*The United States* ⎫
⎪
*vs* ⎪
⎪
*William Watson* s ⎪
*Abraham Gill* s ⎪
*David Robison* s ⎬
*Thomas M^cClure* s ⎪
*Hugh R. Martin* s ⎪
*Austin Longon* s ⎪
*& Charles Curry* s ⎭

E. Brush att^y Gen^l

TERRITORY OF MICHIGAN, TO WIT

THE UNITED STATES *to the Marshall of the territory of Michigan:* You are hereby Commanded to take William Watson  Abraham Gill, David Robison, Thomas M^cClure, Hugh R. Martin, Austin Longon, and Charles Curry, if they may be found within the territory of Michigan, and them Safely Keep, So that you may have their bodies before our judges of our Supreme Court, at Detroit, during the Sitting of the present court, to answer the United States on a bill of indictment found against them by the Grand Inquest of the body of the territory of Michigan, for a riot, & assault

& battery on James Heward, and of this writ make due return. WITNESS Augustus B. Woodward, chief judge of our Said Supreme Court, at Detroit, the twenty Sixth day of September one thousand eight hundred eight.

PETER AUDRAIN Clk. S. C.